UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREGORIO LUNA LUNA,

          Petitioner,

v.

MIKE OBENLAND,

          Respondent.

Case No. C19-0249-RSL-MAT

ORDER OF TRANSFER

Petitioner Gregorio Luna Luna has presented to this Court for filing a petition for writ of habeas corpus under 28 U.S.C. § 2254. A review of the petition and the materials submitted in support thereof reveals that petitioner is seeking to challenge a 2012 Franklin County Superior Court judgment and sentence.[1] The Franklin County Superior Court is located in the Eastern District of Washington. A § 2254 petition is properly heard in the district in which the underlying judgment of conviction was entered. Accordingly, it is hereby ORDERED that this matter be TRANSFERRED to the United States District Court for the Eastern District of Washington.

---

[1] Petitioner indicates in his petition that his judgment of conviction was entered in Benton County Superior Court. However, it appears from the exhibits submitted by petitioner in support of his petition that he was charged in Franklin County Superior Court, and that judgement was entered in that court, though petitioner's case was at some point transferred to Benton County to avoid a conflict of interest. (*See* Dkt. 1-1 at 3-4, 12-20.)

ORDER OF TRANSFER
PAGE - 1

The Clerk is directed to take the necessary steps to transfer the case, and to send copies of this Order to petitioner and to the Honorable Mary Alice Theiler.

Dated this 26th day of April, 2019.

*ROBERT S. LASNIK*
United States District Judge

Recommended for entry
this 26th day of April, 2019.

s/ Mary Alice Theiler
United States Magistrate Judge

ORDER OF TRANSFER
PAGE - 2